IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Dominique Hill, ) | C/A No.: 3:22-1476-SAL-SVH |
| Plaintiff, ) | |
| v.            ) | ORDER |
| Prisma Health and REVMD Partners LLC, ) | |
| Defendants. ) | |

Plaintiff, proceeding pro se and in forma pauperis, brought this action against defendants Prisma Health ("Prisma") and REVMD Partners LLC. On May 23, 2022, Prisma filed a motion to dismiss. [ECF No. 10]. As Plaintiff is proceeding pro se, the court entered an order pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), advising him of the importance of the motion and of the need for him to file an adequate response by June 24, 2022. [ECF No. 13]. Plaintiff was specifically advised that if he failed to respond adequately, the motion may be granted.

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Plaintiff failed to respond to Prisma's motion. As such, it appears to the court that he does not oppose the motion and wishes to abandon his claims against Prisma. Based on the foregoing, Plaintiff is directed to advise the court whether he wishes to continue with this case and to file a

2

response to the motion by August 18, 2022. Plaintiff is further advised that if he fails to respond, the undersigned will recommend this case be dismissed for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

    IT IS SO ORDERED.

August 4, 2022                                        Shiva V. Hodges
Columbia, South Carolina              United States Magistrate Judge